**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **DIMITAR PETLECHKOV**, | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.: **20-cv-2174-JTF-tmp** |
| | ) | |
| **MICHAEL J. STENGEL** | ) | |
| **d/b/a STENGEL LAW FIRM** | ) | |
| *Defendant* | ) | |

---

### SUBSEQUENT NOTICE OF APPEAL – POST JUDGMENT

---

Comes now the plaintiff, Dimitar Petlechkov, appearing *pro se*, and notices his appeal of the district court's June 5, 2024 Order Imposing Filing Restriction [R. 117] and the March 7, 2025 Order Denying Reconsideration, Enforcement Order, and Revoking Efiling Privileges [R. 126], to the United States Court of Appeals for the Sixth Circuit.

Pursuant to Fed.R.App.P. 10(b)(1)(B), plaintiff certifies no transcripts are needed for this appeal. Plaintiff has been granted *in forma pauperis* status. *See* Order, R. 7.

Date: April 7, 2025.

Respectfully submitted,

*Dimitar Petlechkov*

Plaintiff, *Pro Se*

Dimitar Petlechkov
P.O. Box 13272
Atlanta, GA 30324
Tel. 404-954-0890
Email:
9249617@gmail.com

1