UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 18, 2025
KELLY L. STEPHENS, Clerk

No. 24-5483

DIMITAR PETLECHKOV,

    Plaintiff-Appellant,

v.

MICHAEL J. STENGEL, dba Stengel Law Firm, P.C.,

    Defendant-Appellee.

Before: GIBBONS, BUSH, and DAVIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Tennessee at Memphis.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the orders of the district court are AFFIRMED in part, VACATED in part, and the case is REMANDED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk